IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02248-REB-MEH

PAUL CARNEY,

    Applicant,

v.

TRAVIS TRANI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## **AMENDED** ORDER

This matter is before the Court *sua sponte*.

It is hereby ORDERED that on or before May 22, 2009, the Clerk of the Court, Adams County District Court, Colorado, shall provide to this Court the original written record of case no. 80 CR **660**, *People v. Carney*.

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court, Adams County District Court by facsimile to (303) 654-3216 and by regular mail to Clerk of the Court, Adams County District Court, 1100 Judicial Center Drive, Brighton, Colorado, 80601.

Dated this 22nd day of April, 2009, in Denver, Colorado.

                        BY THE COURT:

                        s/ Michael E. Hegarty
                        Michael E. Hegarty
                        United States Magistrate Judge