IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO.  08-cv-02248 REB-MEH

PAUL CARNEY,

    Petitioner,

vs.

TRAVIS TRANI, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the state court record.

DATED at Denver, Colorado, April 30, 2013.

                **BY THE COURT:**

                */s/ Bob Blackburn*
                Robert E. Blackburn
                United States District Judge